# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| **ERIC C. COLEMAN** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:21-cv-208 (JAG) |
| ) | |
| **OFFICER J. LEONE** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Eric C. Coleman ("Plaintiff") and Defendant, Officer J. Leone ("Officer Leone"), by and through their undersigned counsel, hereby notify the Court that they have reached a settlement in the above-referenced matter. Plaintiff and Officer Leone are in the process of finalizing the settlement, whereupon Plaintiff will file a Motion for Dismissal, With Prejudice.

Dated: July 19, 2021

                                            /s/ Mark C. Nanavati
                                    Mark C. Nanavati (VSB No. 38709)
                                    G. Christopher Jones, Jr. (VSB No. 82260)
                                    Benjamin F. Dill (VSB No. 93000)
                                    SINNOTT, NUCKOLS & LOGAN, P.C.
                                    13811 Village Mill Drive
                                    Midlothian, Virginia 23114
                                    (804) 893-3866 (Nanavati)
                                    (804) 893-3864 (Jones)
                                    (804) 378-2610 (Facsimile)
                                    mnanavati@snllaw.com
                                    bdill@snllaw.com
                                    cjones@snllaw.com
                                    *Counsel for Defendant*

      /s/ Drew D. Sarrett
Drew D. Sarrett (VSB No. 81658)
The Sarrett Law Firm PLLC
8100 Three Chopt Road, Suite 203
Richmond, VA 23229
(804) 303-1951
(804) 250-6005 (Facsimile)
drew@sarrettlawfirm.com

Jonathan E. Halperin (VSB No. 32698)
Andrew Lucchetti (VSB No. 86631)
Halperin Law Center, LLC
4435 Waterfront Drive, Suite 100
Glen Allen, VA 23060
(804) 527-0100
(804) 597-0209 (Facsimile)
jonathan@hlc.law
andrew@hlc.law
*Counsel for Plaintiff*